IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

VICTORIA ALDERMAN; and JOHN DOES I-V                      PLAINTIFFS

v.                                  CIVIL ACTION NO. 1:20-cv-00022-GHD-DAS

THE KROGER COMPANY; and JOHN DOES I-V                    DEFENDANTS

## ORDER GRANTING MOTION TO REMAND

Pursuant to an opinion issued this date, the Court hereby ORDERS:

(1) the Plaintiff's motion to remand this case to state court [4] is GRANTED;

(2) this cause is hereby REMANDED to the Circuit Court of Oktibbeha County, Mississippi; and

(3) this case is CLOSED.

SO ORDERED, this, the 17th day of July, 2020.

_____
SENIOR U.S. DISTRICT JUDGE